

# Fourth Court of Appeals
## San Antonio, Texas

May 12, 2015

No. 04-14-00798-CR

**IN RE** Flanzo LaFonte **TOWNES**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Catherine Stone, Retired Chief Justice (not participating)
            Sandee Bryan Marion, Chief Justice
            Patricia O. Alvarez, Justice

Relator filed a pro se petition for writ of mandamus on November 17, 2014, complaining of the trial court's failure to rule on his post-conviction motion for DNA testing. On November 26, 2014, this court denied the petition because relator had appointed counsel and is not entitled to hybrid representation. *See Patrick v. State,* 906 S.W.2d 481, 498 (Tex. Crim. App. 1995). On April 17, 2015, relator filed a letter, which we construe as a motion for rehearing, asking this court to rule on his pro se petition for mandamus.

Having received from the trial court a copy of an order dated August 21, 2014, granting relator's motion for post-conviction forensic DNA testing, this court has determined that relator has obtained the relief requested in his mandamus petition. *See Safety–Kleen Corp. v. Garcia,* 945 S.W.2d 268, 269 (Tex. App.—San Antonio 1997, orig. proceeding) (appropriate relief is to direct trial court to consider and rule upon a motion within a reasonable time). No further action on relator's mandamus petition is necessary or appropriate. Accordingly, the panel has considered relator's motion for rehearing and it is DENIED.

It is so **ORDERED** on May 12, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2009CR0764, styled *The State of Texas v. Flanzo LaFonte Townes*, pending in the 226th Judicial District Court, Bexar County, Texas, the Honorable Sid L. Harle presiding.